12 So.2d 340
**STATE ex rel. Thomas P. MANTELL v. Charles A. BAUMHAUER et al.**
**I Div. 189.**

Supreme Court of Alabama.

Feb. 25, 1943.

M. F. Dozier, Winston F. Groom, and Dan T. McCall, Jr., all of Mobile, and C. L. Hybart, of Monroeville, for the petition.

Harry Seale, of Mobile, opposed.

LIVINGSTON, Justice.

Petition of the State, on the relation of Thomas P. Mantell, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of State ex rel. Mantell v. Baumhauer et al., 12 So.2d 332.

Writ denied.

All the Justices concur.